**ERIC A. PACK, ESQ.**
*Attorney & Counselor at Law*
21 Prospect Avenue
Glen Cove, NY 11542
T: (917) 363-5434
E: EricPack0401@gmail.com

September 16, 2025

Dear Judge Myong Juon,

I respectfully submit this letter in support of my friend and trusted employee Balwinder Singh (referred to herein as "Billa" which is the name I know him by) who I am aware has pled guilty to violating federal law and will be sentenced by Your Honor.

I am an attorney and practice criminal defense, civil rights litigation, and civil asset forfeiture law. I first met Billa sometime around 2016 through a mutual friend and I kept in contact with him throughout the ensuing years.

At the beginning of this year – after  years of issues in my personal life had caused my family and I financial strain for several years – I found myself in a position where my house had reached such a state of disrepair that  it was on the verge of being condemned,  was plainly unsafe and desperately needed to be completely renovated. I knew that Billa had worked in the construction industry since he was a young teenager and was personally skilled in numerous trades and I had learned that him and several of his friends had formed a construction company after the case in which I had met him had ended.  Billa came to my house and performed a comprehensive inspection that revealed various places where the house was already beginning to collapse. He insisted that they start work right away for the well being of my family and I despite the fact that I was in no position financially to undertake such an enormous endeavor.

Since January of this year, Billa and a revolving group of his friends have worked on my house during weekdays, weekends, evenings – often while they are completing other (better paying) jobs during business hours – and taking time away from their wives, children and elderly family members to completely renovate my home.  There have been times where I did not have money to pay them or pay for all of the materials.  Billa has been at my house working during what appears to be every waking moment that he is not contractually obligated to be working elsewhere. I am incredibly grateful to everyone of his partners and workers but Billa specifically – who I knew the lest out of the group when the began working nine mints ago – has amazed me with his skill, work ethic, leadership skills, and most of all his honesty, integrity, and

willingness to devote tremendous time and at times his own funds, to complete a job that he took on because he knew I needed desperately needed his help, rather than any real or anticipated  personal gain.

While I have known Billa socially for nearly ten years, I have only known him in a truly personal level for eight months. But in that time, he has personally ensured through his own work and the resources of the men he makes his living with, that the cottage behind my home that I hadn't entered in years because the roof had caved in, was completely rebuilt – to my knowledge, every single nail, screw, shingle, beam, etc is brand new – and I am in the final stages of obtaining a certificate of occupancy so my elderly father can move into it as he enters the sunset of his life. The house my family lives in has a new roof, all new cement and beams to support it, new bathrooms, all new pipes, gas rather than oil heat, new windows that are not broken, beautiful new wood floors, a new kitchen, new front and back decks, new lighting with the wires meticulously run behind the new walls, and new exterior lights and security cameras. Billa personally did most of this work and has spent more  time at my house than all of the other workers combined.  His genuine desire to help shows through the tasks he voluntarily takes on while at my home such as walking my son in from the bus, bringing in the mail, and helping my wife carry in groceries. The most amazing thing of all though his that his desire to help others through the work he knows best is truly not motivated by personal gain – I know this personally because he simply accepts whatever I pay him, which is rarely close to reasonable compensation for his extraordinary efforts.

I wish there was more I could do to help Billa than write this letter. But I hope the Court can sense the sincerity in my words.  The crime Billa stands convicted of in no way reflects the person who I have come to know personally and deeply appreciate over the past nine months. For as long as Billa is able to work and willing to work at my house, he will always have a job with me.  I would never hesitate to leave him alone with my son, my valuables, or let stay in my home while I am away.  He is truly one of the most genuine. Good hearted people I have ever met and I implore the Court to impose a non-incarceratory sentence.

Thank you in advance for all of your time and consideration.

Respectfully Submitted,

Eric A. Pack, Esq.

Jaswinder Singh
11507 115th St
South Ozone Park NY 11420

September 2nd, 2025

Honorable Judge Myong Joun
1 Courthouse Way
Boston, MA 02210

Dear Judge Joun,

I am writing to provide a character reference for Mr. Baldwinder Singh. I have known Baldwinder for some time now and can confidently say he is a man of integrity, hard work, and compassion.

As a construction owner and worker, Baldwinder has built his reputation through honesty and reliability. He takes pride in his work and is respected by both colleagues and clients. Beyond his professional life, he is a devoted husband and family man.

Baldwinder is a steady presence in his family, always putting their needs before his own. His kindness, humility, and sense of responsibility make him a valued member of our community. I trust that these qualities reflect the true nature of his character.

Thank you for your time and consideration.

Respectfully,

Jaswinder Singh

Lalita Ramdat
13435 135th Ave
South Ozone Park, NY 11420
September 13th, 2025

Dear Judge,

I am honored to write this letter in support of my husband Baldwinder Singh. To his family, friends, and community, he is more than just a hardworking man— but to me, he is a pillar of strength and love.

Baldwinder dedicates his days to building not just homes through his construction work, but also to building a strong foundation for our family. He has embraced the role of being a grandfather to a child that's biologically not his, offering her stability, affection, and wisdom that only someone of his character could provide.

He is kindhearted, dependable, and deeply respected by all who know him. I truly believe that Baldwinder's actions in life demonstrate his strong moral compass and his value to those around him.

Thank you for considering this heartfelt testimony of his character.

Warm regards,

Lalita Ramdat



Palwinder Singh
13435 135th Ave
South Ozone Park,NY 11420
September 7th, 2025

Dear Judge,

I wish to express my support for Mr. Baldwinder Singh, who has been a valued member of our community for many years. Baldwinder is known for his honesty, hardworking nature, and willingness to lend a helping hand whenever someone is in need.

In his role as a construction worker and business owner, he has earned trust through fair dealings and quality work. But more than that, Baldwinder is a family man. He is deeply committed to his wife and plays a grandfatherly role to his young granddaughter, showing her guidance, love, and stability.

His sense of responsibility and kindness truly stand out. I believe his character is one of goodness and reliability, and I hope you will take this into consideration.


Sincerely,

Palwinder Singh